IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES D. YOUNG,     PLAINTIFF
ADC #120971

VS.     CASE NO. 5:05CV00293 SWW

STATE OF ARKANSAS, et al.     DEFENDANTS

# **ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. No objections have been filed. After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 29th day of December, 2005.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE