IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES D. YOUNG,                                                                                      PLAINTIFF
ADC #120971

VS.                              CASE NO. 5:05CV00293 SWW

STATE OF ARKANSAS, et al.                                                                      DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that plaintiff's complaint against defendants is DISMISSED without prejudice to plaintiff's right to reassert his claim should his sentence and imprisonment be invalidated by a state tribunal or federal count.

SO ADJUDGED this 29th day of December, 2005.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE